IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE SALVADOR ALVARADO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>CHARLOTTE COLLINS, *Warden, T. Don Hutto Detention Center*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:26-CV-1866-RP |

**<u>ORDER</u>**

On July 15, 2026, Petitioner moved to dismiss this case without prejudice. (Dkt. 5). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Respondents have not served an answer or motion for summary judgment. Petitioner's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 15, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE